**Order entered March 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01451-CV

**EDWIN SIGEL, Appellant**

**V.**

**AAMER RAZI, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-15162**

## ORDER

By letter filed March 18, 2013, the District Clerk informed us that the trial court's September 10, 2012 "summary judgment (no evidence) as to defendant Sigel's second amended counterclaim" cannot be located. Because that judgment is necessary for the determination of our jurisdiction over this appeal, we **ORDER** the Honorable Carlos Cortez, Presiding Judge of the 44th Judicial District Court, to determine, within twenty days of the date of this order, what constitutes an accurate copy of that judgment and include it in a supplemental clerk's record. *See* TEX. R. APP. P. 34.5(e).

We **DIRECT** the Clerk of the Court to email a copy of this Order to the Honorable Carlos Cortez and his court coordinator, Robyn Poston.


/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE